**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ELIZABETH WEBER** : | |
| : | CIVIL ACTION NO. 3:12-0399 |
| **Plaintiff** : | |
| : | (JUDGE MANNION) |
| v. : | |
| : | |
| **COMMUNITY MEDICAL CENTER** : | |
| : | |
| **Defendant** : | |

# O R D E R

In light of the accompanying memorandum issued this same day, **IT IS HEREBY ORDERED THAT** the defendant's motion for summary judgment, (Doc. 45), is **GRANTED IN PART** and **DENIED IN PART** as follows:

**(1)** the defendant's motion is **GRANTED** with respect to the claims alleging age discrimination in violation of the Age Discrimination in Employment Act (Count I of the complaint) and the Pennsylvania Human Relations Act (Count III of the complaint); and

**(2)** the defendant's motion is **DENIED** with respect to the claims alleging disability discrimination in violation of the Americans with Disabilities Act (Count II of the complaint) and the Pennsylvania Human Relations Act (Count IV of the complaint).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 2, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2012 MEMORANDA\12-0399-01-Order.docx